UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESUS ALEJANDRO DIAZ MORA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA,<br><br>Defendant. | Case No. 25-cv-06930-PHK<br><br>**ORDER RE: INITIAL CASE SCHEDULING; ORDER RE: REQUEST TO STAY**<br><br>Re: Dkts. 3, 4 |

On August 15, 2025, Plaintiff Jesus Alejandro Diaz Mora filed a Complaint against Defendant City of Santa Rosa. [Dkt. 1]. Contemporaneously, Plaintiff filed an application to proceed *in forma pauperis*. [Dkt. 2]. The Court set an Initial Case Management Scheduling Order with ADR Deadlines which required Plaintiff to submit a Case Management Statement by November 12, 2025, and required Plaintiff to appear for an Initial Case Management Conference set for November 19, 2025. [Dkt. 3]. The Court has not yet ruled on Plaintiff's *in forma pauperis* application as required by 28 U.S.C. § 1915(a)(1).

Due to the Court's schedule and in light of the procedural posture of this case, the Initial Case Management Conference set for November 19, 2025, and all associated deadlines are hereby **VACATED** pending the outcome of the Court's ruling on Plaintiff's *in forma pauperis* application pursuant to 28 U.S.C. § 1915(a)(1). The Court will reset the initial case deadlines after the Court determines whether Plaintiff is entitled to proceed *in forma pauperis*.

On August 21, 2025, Plaintiff requested the Court stay issuance of summons pending amendment of the Complaint. [Dkt. 4]. On the same date, Plaintiff filed an Amended Complaint. [Dkt. 5]. Plaintiff's request to stay is therefore **DENIED** as **MOOT**.

**IT IS SO ORDERED.**

Dated: November 17, 2025

_____
PETER H. KANG
United States Magistrate Judge